**FILED**

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | BENJAMIN ALLANOFF, a resident of Topanga, | No. C-05-2834-MHP
   | California, on behalf of himself and all others |
13 | similarly situated, | STIPULATION AND [PROPOSED]
   |                     | ORDER TO CONTINUE FILING DATE
14 |        Plaintiff,   | FOR DEFENDANT'S RESPONSE TO
   |   v.                | PLAINTIFF'S COMPLAINT
15 |
   | INTEL CORPORATION, a Delaware
16 | corporation,
   |
17 |        Defendant.

18

19         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20 COUNSEL AS FOLLOWS:

21         Pursuant to Civil Local Rule 6-2, Plaintiff Benjamin Allanoff and Defendant Intel

22 Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be

23 due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate

24 or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days

25 after any such motion has been denied. The parties request this extension of time to answer or

26 otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ)

1  (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate

2  pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified

3  as a related action to that petition. As a result the outcome of the pending petition will impact

4  significantly the schedule of this case.

5      This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July ___, 2005
8

9                                 Bingham McCutchen LLP

10

11
                               By:_____
12                                       JOY K. FUYUNO
                                   Attorneys for Defendant
13                                       Intel Corporation

14  DATED: July ___, 2005

15
                               The Furth Firm LLP
16

17

18                                 By:_____
                                     ALEX C. TURAN
19                                     Attorneys for Plaintiff
                                   Benjamin Allanoff
20

21

22

23

24

25

26

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/2__, 2005

_____
Honorable Marilyn Hall Patel
United States District Judge